NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**C. DOUGLASS THOMAS AND ALAN E. THOMAS,**
*Appellants,*

**v.**

**JACK D. PIPPIN,**
*Appellee.*

---

2013-1142, -1143, -1144

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Interference No. 105,801, 105, 802, 105, 803.

---

**JUDGMENT**

---

C. DOUGLASS THOMAS, IpVenture, Inc., of Los Altos, California, argued for appellants.

WILLIAM F. LEE, Wilmer Cutler Pickering Hale and Dorr, LLP, of Boston, Massachusetts, argued for appellee. With him on the brief were MARK C. FLEMING, DONALD R. STEINBERG and ERIC FLETCHER; and WILLIAM G. MCELWAIN and CAROLYN JACOBS CHACHKIN, of Washington, DC.  Of counsel were R. DANNY HUNTINGTON and

WILLIAM N. HIGHET, Rothwell, Figg, Ernst & Manbeck, P.C., of Washington, DC.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, PLAGER, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 15, 2013          /s/ Daniel E. O'Toole
      Date                     Daniel E. O'Toole
                                    Clerk